# UNITED STATE DISTRICT COURT
# DISTRICT OF RHODE ISLAND

TERRI DULUDE,

                  Plaintiff,

     v.

SUN LIFE ASSURANCE CO.
OF CANADA,

              Defendant.

No. 19-cv-0471-JJM

## **STIPULATION**

Plaintiff Terri Dulude and Defendant Sun Life Assurance Company of Canada agree that the Complaint may be dismissed with prejudice.  No costs or fees awarded.


*/s/ Mason Waring*_____
Mason Waring, Esq.
Leah Small, Esq.
Chisholm, Chisholm & Kilpatrick, Ltd.
321 South Main Street, Suite 200
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Fax
mwaring@cck-law.com
lsmall@cck-law.com

*Attorneys for Plaintiff*

*/s/ Brooks R. Magratten*_____
Brooks R. Magratten, Esq., #3585
Pierce Atwood, LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166 fax
bmagratten@pierceatwood.com


*Attorneys for Defendant*
*Sun Life Assurance Co. of Canada*


February 5, 2020

{W11690059.1}

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on February 5, 2020, I caused the above document to be filed electronically with the Court's ECF system.  Service shall be made electronically to the following counsel of record:


   Mason Waring, Esq.
   Leah Small, Esq.
   Chisholm, Chisholm & Kilpatrick, Ltd.
   321 South Main Street, Suite 200
   Providence, RI 02903


          */s/ Brooks R. Magratten*